**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7627**

———————————

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

DENNIS M. HENDERSON,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-96-3753-DKC)

———————————

Submitted: March 12, 1998        Decided: March 25, 1998

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Albert Curtis Mills, Appellant Pro Se. Elisabeth Ann Sachs, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his second motion to reconsider the dismissal of his 42 U.S.C. § 1983 (1994) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mills v. Henderson</u>, No. CA-96-3753-DKC (D. Md. Sept. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>